# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**EZRA BRADY,**                                                                        **PLAINTIFF,**

**VS.**                                              **CIVIL ACTION NO. 4:08CV0102-P-S**

**GEORGIA PACIFIC CORPORATION,**                       **DEFENDANT.**

## ORDER

This matter comes before the court upon the plaintiff's objection [51] to the U.S. Magistrate's April 29, 2009 Order granting the defendant's motion to compel. After due consideration of the objection, the court finds as follows, to-wit:

Pursuant to Fed. R. Civ. P. 72, the "district judge in the case must consider timely objections and modify or set aside any part of the [U.S. Magistrate's] order that is clearly erroneous or is contrary to law." Having considered the plaintiff's objection, the court concludes that the U.S. Magistrate's decision to award attorneys' fees to the defendant was not clearly erroneous or contrary to law.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff's objection [51] to the U.S. Magistrate's April 29, 2009 Order granting the defendant's motion to compel is **OVERRULED**.

**SO ORDERED** this the 29th day of July, A.D., 2009.

                                                          /s/ W. Allen Pepper, Jr.
                                                          W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE