**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EZRA BRADY,**                                                            **PLAINTIFF,**

**VS.**                                                **CIVIL ACTION NO. 4:08CV102-P-S**

**GEORGIA-PACIFIC CORPORATION,**                      **DEFENDANT.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The defendant's motion for summary judgment [44] is **GRANTED**; therefore,

(2) The plaintiff's claims are **DISMISSED WITH PREJUDICE** with the parties to bear their own costs; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 4th day of August, A.D., 2009.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE